UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20792-CR- MOORE

UNITED STATES OF AMERICA,

vs.

CONRADO PERERA,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant, Conrado Perera (ECF No. 48). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for status hearing (ECF No. 56). The hearing was attended by counsel for the government, counsel for Defendant Perera, and his supervising U.S. Probation Officer.

    Counsel for Mr. Perera proffered that he paid the amount due on his restitution, required as a term of his supervised release, the shortfall of which was the violation alleged in the pending Petition. Probation Officer Cheryl Allen corroborated the proffer, explaining that Mr. Perera made a payment of $800, the amount for which he was in arrears, and further explained that the Petition mistakenly averred that the amount in arrears was $1,800. Probation Officer Allen stated that she was satisfied that Defendant was in compliance with the terms of his supervised release, and that she would be moving for dismissal of the Petition. Counsel for the government and for Mr. Perera joined the request that the Petition be dismissed.

    Accordingly, and upon the joint recommendation of the Parties, it is the recommendation of the undersigned that the Court DISMISS the Petition (ECF No. 48).

The Parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 14th day of June, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] The period for objections is shortened as all Parties have agreed to the relief recommended herein. No Party objected at the hearing to the Court's proposal to shorten the period for objections.