UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CR-20792-MOORE

UNITED STATES OF AMERICA

v.

CONRADO PERERA,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

**THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Conrado Perera (ECF No. 67).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations. (ECF No. 71). A telephonic status conference was conducted on April 27, 2023, and was attended by counsel for Defendant, counsel for the Government, and United States Probation Officer Cheryl Allen. Officer Allen explained that the nature of the violation alleged related to Defendant's failure to satisfy the order of restitution attendant to his sentence. However, Defendant was then taking steps to cure the lateness and the Parties requested time to resolve the violation alleged.

A second hearing was scheduled for May 26, 2023. Prior to the hearing, defense counsel filed a Joint Motion seeking dismissal of the Petition on the representation that Defendant was up to date on all restitution payments. At the scheduled hearing, Officer Allen confirmed this and further confirmed her agreement that the Petition should be dismissed. Counsel for the Government expressed no objection.

1

Accordingly, and with agreement of all parties involved, the Court will not set an evidentiary hearing for the purpose of determining probable cause; and the undersigned **RECOMMENDS** that the Court grant the Joint Motion and **DISMISS** the Petition.

The parties will have **THREE (3) DAYS**[1] from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, on this 26th day of May, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] At the hearing, the Parties agreed to an abbreviated objection period. Objections are due by close of business on Tuesday, May 30, 2023.